**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following cases:<br><br>EASTERN DISTRICT OF VIRGINIA<br><br>*The County Board of Arlington County, Virginia v. Mallinckrodt plc, et al.,* Civil Action No. 1:19cv01446 | MDL No. 2804 |

**THE COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA'S
REPLY IN SUPPORT OF
MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO–122)
AS TO ARLINGTON COUNTY**

For its Reply in Support of Motion to Vacate Conditional Transfer Order (CTO-122), Plaintiff The County Board of Arlington County, Virginia ("Plaintiff"), states as follows:

1. On January 3, 2020, Judge Trenga of the Eastern District of Virginia, Alexandria Division, entered an Order granting the Motion to Remand to state court filed by Plaintiff. (Jan. 3, 2020 Order, attached as **Exhibit A**). On the same day, the clerk of court entered judgment in Plaintiff's favor. (Jan. 3, 2020 Judgment, attached as **Exhibit B**).[1]

2. On January 8, 2020, the two Defendants who removed the case from Arlington County Circuit Court to the Eastern District of Virginia (Express Scripts Pharmacy, Inc. and ESI Mail Pharmacy Service, Inc.) (hereinafter "the Removing Defendants") filed a Notice of Appeal of Judge Trenga's Remand Order, appealing the decision to the United States Court of Appeals for

---

[1] On January 6, 2020, Judge Trenga entered a clarifying order. Together, the January 3, 2020 Order and January 6, 2020 Order provide that, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, execution of the remand order is stayed for thirty (30) days, or through February 3, 2020. (Jan. 6, 2020 Clarification Order, attached as **Exhibit C**). Absent further Order of the District Court or the Fourth Circuit Court of Appeals, the Clerk is directed to execute on the Remand Order on February 4, 2020.

the Fourth Circuit.  Also on January 8, the clerk of court transmitted the Notice of Appeal to the Fourth Circuit.

3. Notwithstanding the Notice of Appeal, the Panel should vacate CTO-122 because Judge Trenga has granted the Motion to Remand and judgment has been entered in Plaintiff's favor.

4. Moreover, the Removing Defendants in this case have not even filed any opposition to the Motion to Vacate CTO-122 filed by Plaintiff.

5. Instead, the opposition to the Motion to Vacate was filed only by certain distributor defendants who did not remove the action from state to federal court, did not participate in the briefing or argument of the Motion to Remand, and did not file any notices of appeal of Judge Trenga's order remanding the case to state court.  (*See* Case No. MDL 2804, Dkt 6717, filed Jan. 7, 2020 (Opposition to Motion to Vacate filed only by McKesson Corporation, two AmeriSource Bergen Drug Corporation entities, and multiple entities associated with Cardinal Health, Inc.)).

6. The Removing Defendants failure to oppose the Motion to Vacate provides an additional reason for the Panel to vacate CTO-122.

7. Finally, because the Removing Defendants have filed a Notice of Appeal, this Panel no longer has jurisdiction to transfer this matter to the MDL.  *See Boomer v. AT & T Corp.*, 309 F.3d 404, 413 (7th Cir. 2002) ("Initially, we note that it is questionable as to whether the Judicial Panel's order transferring the case to the District Court of Kansas was effective, because that transfer order was not filed with the District Court of Kansas until the day after AT & T filed its notice of appeal. Under 28 U.S.C. § 1407(c), a Multi–District transfer order becomes effective only after it is 'filed in the office of the clerk of the district court of the transferee district.' 28

1

U.S.C. § 1407(c). Because AT & T filed its notice of appeal prior to the filing of the transfer order, it would seem that the transfer order is ineffective.") (citation omitted).

8. For this final, separate, independent reason, the Panel should vacate CTO-122 with respect to the case *The County Board of Arlington County, Virginia v. Mallinckrodt plc, et al.,* Civil Action No. 1:19cv01446.

Respectfully submitted,

/s/*Grant Morris*
**SANFORD HEISLER SHARP, LLP**
Grant Morris, Va. Bar No. 16290
gmorris@sanfordheisler.com
R. Johan Conrod, Jr., Va. Bar No. 46765
jconrod@sanfordheisler.com
Kevin Sharp (*pro hac vice to be submitted*)
ksharp@sanfordheisler.com
Andrew Miller (*pro hac vice to be submitted*)
amiller@sanfordheisler.com
Jonathan Tepe (*pro hac vice to be submitted*)
jtepe@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

**THE CICALA LAW FIRM PLLC**
Joanne Cicala (*pro hac vice to be submitted*)
joanne@cicalapllc.com
R. Johan Conrod, Jr., Va. Bar No. 46765
johan@cicalapllc.com
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey, Va. Bar No. 29125
wespivey@kaufcan.com
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Tel: (757) 624-3196
Fax: (888) 360-9092

2

*Attorneys for Plaintiff*